The Yellow Pine Company, a corporation under the laws of the State of New Jersey, and J. M. Des-Rochers, Plaintiffs in Error, vs. The Atlantic Lumber Company, a corporation under the laws of the State of Florida, Defendant in Error.

Writ of Error to Circuit Court, Nassau county.

No appearance for Plaintiffs in Error.

*R. H. Liggett*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed on motion of counsel for defendant in error.